**Order entered September 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00793-CV

### IN THE INTEREST OF D.D., JR., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-10679**

## ORDER

We **REINSTATE** this appeal.

On August 22, 2018, we abated the appeal to allow the trial court an opportunity to conduct a hearing to determine if appellant wished to be represented by counsel and, if she did, to appoint counsel. The trial court was to make written findings and transmit to the Court, no later than September 14, 2018, a reporter's record from the hearing and a supplemental clerk's record containing the findings and any order of appointment. To date, the requested record has not been filed. However, by motion filed September 24, 2018, appellant informs the Court that the trial court sua sponte appointed Stephanie L. Pond to represent her and asks, in part, that the deadline for filing appellant's brief be set. We **GRANT** the motion as follows.

We **DIRECT** the Clerk of the Court to designate Ms. Pond as counsel for appellant and **ORDER** appellant to file her brief no later than October 8, 2018.

/s/      ADA BROWN
           JUSTICE